WILLIAM MAYER, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. HOUSING AUTHORITY OF THE CITY OF JERSEY CITY, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 84 *N. J. Super.* 411.

*Messrs. Beggans & Keale* and *Mr. Robert E. Tarleton* for the petitioner.

*Mr. Fred Freeman* and *Mrs. Janet W. Freeman* for the respondents.

September 28, 1964. 

BEATRICE KIESEL, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. ESSEX COUNTY PARK COMMISSION, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Braff, Litvak & Ertag* and *Mr. Peter Murray* for the petitioner.

*Messrs. Brause, Callahan & Coyle* for the respondents.